Mark C. Biddison, et. al., Plaintiff(s)
vs.
Wells Fargo Bank, NA, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 118168-0003

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Assurant, Inc., c/o Corporation Service Company as Registered Agent
Court Case No. 2:12-CV-03-21-DRH-AKT

KESSLER, TOPAZ, ET AL
Ms. Kathy Marrone
280 King of Prussia Rd.
Radnor, PA 19087-5108

State of: __New York__ ) ss.
County of: __Albany__ )

**Name of Server:** __Christopher Warner__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __3rd__ day of __Aug.__, 20 __12__, at ____ o'clock ____ M

**Place of Service:** at __80 State Street__, in __Albany, NY 12207-2543__

**Documents Served:** the undersigned served the documents described as:
Summons and Class Action Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Assurant, Inc., c/o Corporation Service Company as Registered Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Steve Pastore (Authorized Agent)__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Gray__ ; Facial Hair _____
Approx. Age __54__ ; Approx. Height __5'10"__ ; Approx. Weight __185__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __10th__ day of __August__, 20__12__

Notary Public       (Commission Expires)

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
No. 01GO4503730
Commission Expires June 30, 2015