Mark C. Biddison, et. al., Plaintiff(s)
vs.
Wells Fargo Bank, NA, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 118168-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wells Fargo Bank, NA
Court Case No. 2:12-CV-03-21-DRH-AKT

KESSLER, TOPAZ, ET AL
Ms. Kathy Marrone
280 King of Prussia Rd.
Radnor, PA 19087-5108

State of: South Dakota ss.
County of: Minnehaha
Name of Server: Richard Reber, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3 day of August, 20 12, at 12:05 o'clock P M

Place of Service: at 101 N. Phillips Avenue, in Sioux Falls, SD 57104

Documents Served: the undersigned served the documents described as:
Summons and Class Action Complaint

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Wells Fargo Bank, NA

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Dan Murphy - Authorized Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color CauC ; Hair Color Black ; Facial Hair ___
Approx. Age 55 ; Approx. Height 5'8" ; Approx. Weight 180

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 3 day of August, 20 12

Signature of Server

Notary Public       (Commission Expires)
                    1-16-14

APS International, Ltd.

KRISTA OPLAND
NOTARY PUBLIC
SOUTH DAKOTA