UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
MARK C. BIDDISON, Individually and on behalf : 
of all others similarly situated,     :
                                      :
                                      :   Case No. 12-cv-3021-DRH-AKT
            Plaintiff,                :
                                      :   **NOTICE OF APPEARANCE**
       - v -                          :
                                      :
WELLS FARGO BANK, N.A., WELLS FARGO   :
HOME MORTGAGE, ASSURANT, INC. and     :
AMERICAN SECURITY INSURANCE           :
COMPANY,                              :
                                      :
            Defendants.               :
------------------------------------- X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel in this case for Defendants Assurant, Inc. and American Security Insurance Company. I certify that I am admitted to practice before this Court.

Dated:  New York, New York
        August 17, 2012

                                        /s/ Andrew T. Solomon
                                        Andrew T. Solomon
                                        Sullivan & Worcester LLP
                                        1633 Broadway, 32nd Floor
                                        New York, New York 10019
                                        Telephone: (212) 660-3000
                                        Facsimile: (212) 660-3001
                                        asolomon@sandw.com

## **CERTIFICATE OF SERVICE**

I certify that on August 17, 2012, I served a true and correct copy of the foregoing Notice of Appearance by the ECF system upon:

>John Domenick Zaremba
>Zaremba Brownell & Brown PLLC
>40 Wall Street, 27th Floor
>New York, NY 10007
>212-380-6700
>Fax: 212-871-6395
>Email: jzaremba@zbblaw.com
>
>*Attorneys for Mark C. Biddison*

Dated: New York, New York
       August 17, 2012

>/s/ Andrew T. Solomon
>Andrew T. Solomon