## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK
## (CENTRAL ISLIP)

| | | |
|---|---|---|
| **MARK C. BIDDISON, Individually and on behalf of all others similarly situated,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Case No. 2:12cv03021-DRH-AKT** |
| **WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, ASSURANT, INC, and AMERICAN SECURITY INSURANCE COMPANY,** | § § § § § § | |
| **Defendants.** | § | |

### <u>NOTICE OF APPEARANCE OF FRANK G. BURT</u>

I, FRANK G. BURT, hereby enter my appearance as one of the attorneys of record in this cause on behalf of Defendants Assurant, Inc., and American Security Insurance Company, and respectfully request the Clerk of the above-named Court to enter the same of record.

I certify I am admitted to practice **pro hac vice** in this Court pursuant to the Court's Order entered October 05, 2012, have complied with the requirement to register as a CM/ECF user on this day, October 10, 2012, and received a log-in and passcode on said date.

Dated:  October 10, 2012

Respectfully submitted,
**/s/ Frank G. Burt**
Frank G. Burt *pro hac vice* DC Bar #461501
Jorden Burt LLP
1025 Thomas Jefferson Street NW
Suite 400 East
Washington DC 20007
fgb@jordenusa.com
202.965.8100
*Attorneys for Defendants Assurant, Inc., and American Security Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of October 2012, I electronically filed the foregoing **Notice of Appearance of Frank G. Burt** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John Domenick Zaremba at jzaremba@zbblaw.com

Lisa Fried at lisa.fried@hoganlovells.com

Andrew Todd Solomon at asolomon@sandw.com

Karen Elizabeth Abravanel at kabravanel@sandw.com



**/s/ Frank G. Burt**

**#255252v1dc**

2