UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

MARK C. BIDDISON, Individually and
on behalf of all others similarly situated,         :      **NOTICE OF APPEARANCE**

       Plaintiff,                                  :      Case No. 2:12cv03021-DRH-AKT

v.                                                  :

WELLS FARGO BANK, N.A., WELLS                       :
FARGO HOME MORTGAGE,
ASSURANT, INC., and AMERICAN                        :
SECURITY INSURANCE COMPANY,
                                                    :
       Defendants.
------------------------------------------------------------------ x

PLEASE TAKE NOTICE that the undersigned has been retained as counsel for Defendants Assurant, Inc., and American Security Insurance Company, in the above-captioned proceeding and requests that all parties serve the undersigned copies of all papers filed in or affecting this action.

I certify I am admitted to practice *pro hac vice* in this Court pursuant to the Court's Order entered October 05, 2012, have complied with the requirement to register as a CM/ECF user on this day, October 10, 2012, and received a log-in and passcode on said date.

Dated:  October 10, 2012
        Washington, DC

                                      Respectfully submitted,

                                      JORDEN BURT LLP

                             By:  /s/ Brian P. Perryman
                                  Brian P. Perryman (*pro hac vice*)
                                  Jorden Burt LLP
                                  1025 Thomas Jefferson Street NW
                                  Suite 400 East
                                  Washington DC 20007
                                  Tel:  202-965-8100
                                  Fax:  202-965-8104
                                  Email:  bpp@jordenusa.com
                                  *Attorneys for Defendants Assurant, Inc., and*
                                  *American Security Insurance Company*