UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
MARK C. BIDDISON, Individually and
on behalf of all others similarly situated,     :     NOTICE OF APPEARANCE

                Plaintiff,                      :     Case No. 2:12cv03021-DRH-AKT

       v.                                       :

WELLS FARGO BANK, N.A., WELLS                   :
FARGO HOME MORTGAGE,
ASSURANT, INC., and AMERICAN                    :
SECURITY INSURANCE COMPANY,
                                                :
                Defendants.
---------------------------------------------------------------x
```

PLEASE TAKE NOTICE that the undersigned has been retained as counsel for Defendants Assurant, Inc., and American Security Insurance Company, in the above-captioned proceeding and requests that all parties serve the undersigned copies of all papers filed in or affecting this action.

I certify I am admitted to practice *pro hac vice* in this Court pursuant to the Court's Order entered October 05, 2012, have complied with the requirement to register as a CM/ECF user on October 10, 2012, and received a log-in and passcode on said date.

Dated:  October 11, 2012                  Respectfully submitted,
        Washington, DC
                                          JORDEN BURT LLP

                                          By:  /s/ W. Glenn Merten
                                          W. Glenn Merten (*pro hac vice*)
                                          Jorden Burt LLP
                                          1025 Thomas Jefferson Street NW
                                          Suite 400 East
                                          Washington DC 20007
                                          Tel:  202-965-8100
                                          Fax:  202-965-8104
                                          Email:  wgm@jordenusa.com
                                          *Attorneys for Defendants Assurant, Inc., and
                                          American Security Insurance Company*