UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK C. BIDDISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, ASSURANT, INC. and AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 12-CV-03021<br><br><br>**CLASS ACTION COMPLAINT**<br><br><br>JURY TRIAL DEMANDED |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mark C. Biddison hereby dismisses this action, without prejudice, as against all defendants.

Dated: December 18, 2012

*/s/ Peter H. LeVan, Jr.*
Peter H. LeVan, Jr. (admitted *pro hac vice*)
Shannon O. Braden (admitted *pro hac vice*)
Edward W. Ciolko
**KESSLER TOPAZ
MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA  19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Jeffery J. Angelovich
Michael B. Angelovich
Brad Seidel
NIX PATTERSON & ROACH LLP
205 Linda Drive
Daingerfield, TX 75638
Tel: (903) 645-7333
Fax: (903) 645-4415

John D. Zaremba
ZAREMBA BROWNELL
 & BROWN, PLLC
The Trump Building
40 Wall Street - 27th Floor
New York, New York 10005
Tel: (212) 380-6700

Brian D. Penny
GOLDMAN SCALATO KARON
 & PENNY, PC
101 E. Lancaster Ave, Suite 204
Wayne, PA 19087
Tel: (484) 342-0700
Fax: (484) 580-8747

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of record via Notices of Electronic Case Filing generated by ECF.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Peter H. LeVan, Jr.*
Peter H. LeVan, Jr.